**UNITED STATES DISTRICT COURT**
**FOR THE DISTRIC OF COLUMBIA**

| | |
|---|---|
| Lower Brule Sioux Tribe, )<br>P.O. Box 187, )<br>Lower Brule, South Dakota 57548 )<br>in its individual capacity, )<br>and in its capacity as representative of the classes )<br>Described fully herein, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GALE NORTON )<br>Secretary of the interior, )<br>U.S. Department of the interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>)<br>ROSS O. SWIMMER COMPEL )<br>Special Trustee )<br>TRUST )<br>Office of Special Trustee for American Indians )<br>Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>)<br>JOHN W. SNOW )<br>Secretary of the Treasury )<br>1500 Pennsylvania Avenue N.W. )<br>Washington, D.C. 20220 )<br>)<br>Defendants. ) | CASE NO.1:05CV02495<br>RCL<br><br><br><br><br><br><br><br><br><br><br>MOTION FOR EXTENSION<br>OF TIME TO SERVE<br>COMPLAINTS |

1

COMES NOW the Lower Brule Sioux Tribe, by and through Counsel, to respectfully, for good cause shown, move this Court for a ninety (90) day extension of time within which to serve its complaints.  This request is being made pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure.

The Plaintiff, being an indigent Tribal Government, was unaware of the impending December 31, 2005, Statute of Limitations originally imposed by Public Law 107-153.  The Plaintiff retained this Counsel a short time before that original deadline.

Because neither the Plaintiff nor its lawyers could be sure that the aforementioned Statute of Limitations was going to be extended by the Congress of the United States, the Plaintiff's Counsel chose to draft and file the Plaintiff's Complaint in order to meet that December 31, 2005 deadline.

Now that Public Law 107-153 has been amended to extend the aforementioned Statute of Limitations until December 31, 2006, the Plaintiff desires to take the additional ninety (90) days it is requesting in order to determine its need to amend its Complaint under Rule 15 of the Federal Rules of Civil Procedure before its Complaint is served.

Because the aforementioned complaint has not been served on any of the Defendants, the Defendants will not be prejudiced by this request. The ninety (90) day extension herein requested will serve Justice and promote judicial economy by ensuring that the issues presented are framed in the clearest manner possible.

Because this Motion is being filed before the Plaintiff's original deadline for service of process under Rule 4 (m) of the Federal Rules of Civil Procedure, this Court has the authority to grant this Motion under Rule 6 (b) of those Rules.

RESPECTFULLY MOVED


DATED THIS 20th of April, 2006.

OF COUNSEL:                           /s/_____
                                      Patricia A. Marks, Esq.
                                      U.S. District Court Bar # 446702
                                      15992 A.E. Mullinix Road
                                      Woodbine, Maryland 21797-8440
                                      Tel: 1-410-489-4553
                                      Fax: 1-301-854-5117
                                      Email: Markspattyesq@aol.com



                                      /s/_____
                                      Gregory A. Yates, Esq.
                                      California State Bar # 63259 (2005)
                                      16830 Ventura Boulevard, Suite 250
                                      Encino, California 91436
                                      Tel: 1-310-858-6944
                                      Fax: 1-818-905-7038
                                      Email:gyates@gregoryyates.net