<b>UNITED STATES DISTRICT COURT<br>FOR THE DISTRIC OF COLUMBIA</b>

| | |
|---|---|
| Lower Brule Sioux Tribe,<br>P.O. Box 187,<br>Lower Brule, South Dakota 57548<br>in its individual capacity,<br>and in its capacity as representative of the classes<br>Described fully herein,<br><br>      <u>Plaintiff</u>,<br><br>   v.<br><br>GALE NORTON<br>Secretary of the interior,<br>U.S. Department of the interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>ROSS O. SWIMMER COMPEL<br>Special Trustee<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>JOHN W. SNOW<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue N.W.<br>Washington, D.C. 20220<br><br>      <u>Defendants</u>. | CASE NO.1:05CV02495<br>RCL<br><br><br><br><br>PROPOSED ORDER |

<b><u>ORDER</u></b>

For the reasons set for in the Plaintiff's Motion for an Extension of Time to Serve It's Complaint, and the Court's Finding of good cause show it is this _____ day of April, 2006,

**ORDERED,** That the Plaintiff shall be granted until July 28, 2006 to serve its complaint on the

Defendants.

                 _____
                 Royce C. Lamberth
                 United States District Court Judge