UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | |
|---|---|
| Lower Brule Sioux Tribe, )<br>P.O. Box 187, )<br>Lower Brule, South Dakota 57548 )<br>in its individual capacity, )<br>and in its capacity as representative of the classes )<br>Described fully herein, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>GALE NORTON )<br>Secretary of the Interior, )<br>U.S. Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br> )<br>ROSS O. SWIMMER COMPEL )<br>Special Trustee )<br>TRUST )<br>Office of Special Trustee for American Indians )<br>Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br> )<br>JOHN W. SNOW )<br>Secretary of the Treasury )<br>1500 Pennsylvania Avenue N.W. )<br>Washington, D.C. 20220 )<br> )<br>Defendants. ) | CASE NO.1:05CVO2495 RCL<br><br><br><br><br><br>Motion for Admission<br>Pro Hac Vice |

Pursuant to LCvR 83.2(d), the undersigned attorney, Patricia Marks, a member in good standing of the bar of this Court, accompanied by Walter John Lack, a member in good standing of the State Bar of California, hereby respectfully move this Court to permit Walter John Lack to appear *pro hac vice* in the above entitled action on behalf of the Plaintiffs, the Lower Brule Sioux Tribe

1

and the members of the classes described in Lower Brule's complaint.  This motion is supported by the accompanying Declaration of Walter John Lack prepared and submitted in accordance with LCvR 83.2(d) which demonstrates that Attorney Lack meets all of the requirements of that local rule.  It is also supported by the fact that Attorney Lack has experience in representing Plaintiffs in Class Action litigation.

Respectfully submitted this 25th day of April 2006

/s/_____
Patricia Marks, Esq.
U.S. District Court Bar # 22672
15992 A.D. Mullinix Road
Woodbine, Maryland 21797
Tel:  (410) 489-4553

/s/_____
Walter J. Lack, Esq
Engstrom, Lipcomb & lack
10100 Santa Monica Boulevard
16th Floor
Los Angeles, California 90067-4108
(310) 552-3800