UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOWER BRULE SIOUX TRIBE,<br>P.O. Box 187<br>Lower Brule, South Dakota 57548<br>In its individual capacity<br>And in its capacity as<br>Representative of the classes<br>Described fully herein.<br><br>v.<br><br>GALE NORTON<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>ROSS O. SWIMMER<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C.  20240<br><br>JOHN W. SNOW<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br><br>**Defendants.** | Case No. 1:05CVO2495 RCL<br><br><br><br>ORDER FOR ADMISSION OF<br>WALTER J. LACK -PRO HAC VICE |

For the reasons set for in the Motion filed by Attorney Walter J. Lack and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of the Walter's J. Lack's Declaration dated February 16, 2006, which demonstrates that Attorney Lack meets all of the requirements of LCvR 83.2 (d),   it is ORDERED, this _____ day of April, 2006,  that Attorney Walter Lack's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

```
_____
Royce C. Lambert
United States District Court Judge
```