# UNITED STATES DISTRICT COURT
## FOR THE DISTRIC OF COLUMBIA

Lower Brule Sioux Tribe,                    )
P.O. Box 187,                               )
Lower Brule, South Dakota 57548             )
in its individual capacity,                 )    CASE NO.1:05CVO2495 RCL
and in its capacity as representative of the classes  )
Described fully herein,                     )
                                            )
                           Plaintiff,       )
                                            )
            v.                              )
                                            )
GALE NORTON                                 )        Motion for Admission
Secretary of the Interior,                  )        Pro Hac Vice
U.S. Department of the Interior             )
1849 C Street, N.W.                         )
Washington, D.C. 20240                      )
                                            )
ROSS O. SWIMMER COMPEL                      )
Special Trustee                             )
TRUST                                       )
Office of Special Trustee for American Indians  )
Department of the Interior                  )
1849 C Street, N.W.                         )
Washington, D.C. 20240                      )
                                            )
JOHN W. SNOW                                )
Secretary of the Treasury                   )
1500 Pennsylvania Avenue N.W.               )
Washington, D.C. 20220                      )
                                            )
                           Defendants.      )
_____

Pursuant to LCvR 83.2(d), the undersigned attorney, Patricia Marks, a

member in good standing of the bar of this Court, accompanied by Rahul

Ravipudi, a member in good standing of the State Bar of California, hereby

respectfully move this Court to permit Rahul Ravipudi to appear *pro hac vice* in

the above entitled action on behalf of the Plaintiffs, the Lower Brule Sioux Tribe

and the members of the classes described in Lower Brule's complaint.  This

motion is supported by the accompanying Declaration of Rahul Ravipudi

prepared and submitted in accordance with LCvR 83.2(d) which demonstrates

that Attorney Ravipudi meets all of the requirements of that local rule.  It is also

supported by the fact that Attorney Ravipudi has experience in representing

Plaintiffs in Class Action litigation.

Respectfully submitted this 11th day of May 2006

/s/_____
Patricia Marks, Esq.
U.S. District Court Bar # 22672
15992 A.D. Mullinix Road
Woodbine, Maryland 21797
Tel:  (410) 489-4553

/s/_____
Rahul Ravipudi, Esq
California Bar # 204519
Engstrom, Lipcomb & Lack
10100 Santa Monica Boulevard
16th Floor
Los Angeles, California 90067-4108
(310) 552-3800