UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Lower Brule Sioux Tribe** )<br>**P.O. Box 187** )<br>**Lower Brule, South Dakota 57548** )<br>**In its individual capacity,** )<br>**And in its capacity as representative of** )<br>**the classes described in full herein** )<br>                     **Plaintiff,** )<br> )<br>v.                                       )<br> )<br>**GALE NORTON** )<br>**Secretary of the Interior,** )<br>**U.S. Department of the Interior** )<br>**1849 C Street, N.W.** )<br>**Washington, D.C. 20240** )<br> )<br>**ROSS O. SWIMMER** )<br>**Special Trustee** )<br>**Office of Special Trustee** )<br>**for American Indians** )<br>**Department of the Interior** )<br>**1849 C Street, N.W.** )<br>**Washington, D.C. 20240** )<br> )<br>**JOHN W. SNOW** )<br>**Secretary of the Treasury** )<br>**1500 Pennsylvania Avenue, N.W.** )<br>**Washington, D.C. 20220** )<br> )<br>                     **Defendants.** )<br> ) | Case No. 1:05CVO2495 RCL<br><br>Judge: Royce C. Lamberth<br><br><br>Declaration to Accompany<br>Motion for Admission<br>Pro Hac Vice |

_____

     As required by LCvR 83.2(d), I Rahul Ravipudi declare under penalty of perjury as follows:

1. My legal name is Rahul Ravipudi.

2. My office address and telephone number are:
       Engstrom, Lipcomb & Lack
       10100 Santa Monica Boulevard
       16th Floor
       Los Angeles, California 90067-4107
       (310) 552- 3800

3. I have been a member of the State Bar of California since December of 1999. I

am also admitted to practice law before the United States District Courts for the Eastern and Central Districts of California.

4. I have never been disbarred or suspended from the practice of law. I have also not been disciplined by any Bar.

5. I have not been admitted to appear pro hac vice in the United States District Court for the District of Columbia within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 11th day of May 2006.

/s/_____
Rahul Ravipudi
California Bar # 204519
Engstrom, Lipcomb & Lack
10100 Santa Monica Boulevard
16th Floor
Los Angeles, California 90067
(310) 552-3800