UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOWER BRULE SIOUX TRIBE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2495 (RCL) |
| ) | |
| **GALE NORTON,** ) | |
| **Secretary of the Interior, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### ORDER

For the reasons set for in the Motion [5] filed by Attorney Walter J. Lack and signed by Attorney Patricia A. Marks, a member in good standing of this Bar, and following a review of the Walter's J. Lack's Declaration dated February 16, 2006, which demonstrates that Attorney Lack meets all of the requirements of LCvR 83.2 (d), it is hereby

ORDERED, that Attorney Walter Lack's Motion for admission to appear Pro Hac Vice in the above captioned case is GRANTED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 30, 2006.