# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Lower Brule Sioux Tribe, | ) | |
| P.O. Box 187, | ) | |
| Lower Brule, South Dakota 57548 | ) | |
| in its individual capacity, | ) | |
| and in its capacity as representative | ) | |
| of classes described fully herein, | ) | CASE NO. 1:05CV02495 RCL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GALE NORTON | ) | ORDER FOR ADMISSION OF |
| Secretary of the Interior | ) | THOMAS V. GIRARDI – PRO |
| 1849 C Street, N.W. | ) | HAC VICE |
| Washington, D.C. 20240 | ) | |
| | ) | |
| ROSS O. SWIMMER COMPEL | ) | |
| Special Trustee | ) | |
| TRUST | ) | |
| Office of Special Trustee for | ) | |
| American Indians | ) | |
| Department of Interior | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C. 20240 | ) | |
| | ) | |
| JOHN W. SNOW | ) | |
| Secretary of the Treasury | ) | |
| 1500 Pennsylvania Avenue, N.W. | ) | |
| Washington, D.C. 20220 | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons set for in the Motion filed by Attorney Thomas V. Girardi

and signed by Attorney Patricia A. Marks, a member in good standing of this

BAR, and following a review of the Thomas V. Girardi's Declaration dated June

22, 2006, which demonstrates that Attorney Girardi meets all of the requirements

2

of LCvR83.2(d).  It is ORDERED, this _____ day of June, 2006, that Attorney

Thomas Girardi' Motion for Admission to Appear Pro Hac Vice in the above

captioned case is GRANTED.


_____

Royce C. Lambert
United States District Court Judge