## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Lower Brule Sioux Tribe,<br>P.O. Box 187,<br>Lower Brule, South Dakota 57548<br>in its individual capacity,<br>and in its capacity as representative<br>of classes described fully herein, | )<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:05CV02495 RCL |
| Plaintiff, | ) | |
| v. | ) | |
| GALE NORTON<br>Secretary of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>) | Notice |
| ROSS O. SWIMMER COMPEL<br>Special Trustee<br>TRUST<br>Office of Special Trustee for<br>American Indians<br>Department of Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| JOHN W. SNOW<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220 | )<br>)<br>)<br>) | |
| Defendant. | ) | |

In electronically filing a Motion to permit Attorney Thomas Girardi to appear pro hac vice in the above captioned matter, one of the attachments, entitled Declaration of Thomas Girardi, was uploaded by mistake. The document which should have been labeled the Declaration of Attorney Girardi is attached to this Notice and is now labeled errata declaration of Thomas Girardi..

2

Respectfuly submitted this 22nd day of June, 2006.

/s/ _____

Patricia Marks, Esq

15992 A.E. Mullinix Road

Woodbine, Maryland 21797