UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOWER BRULE SIOUX TRIBE,** )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>**GALE NORTON,** )<br>**Secretary of the Interior, et al.,** )<br>)<br>  Defendants. )<br>_____) | Civil Action No. 05-2495 (RCL) |

## ORDER

For the reasons set for in the Motion [10] filed by Attorney Thomas V. Girardi and signed by Attorney Patricia A. Marks, a member in good standing of this Bar, and following a review of the Thomas V. Girardi's Declaration dated June 22, 2006, which demonstrates that Attorney Girardi meets all of the requirements of LCvR 83.2 (d), it is hereby

ORDERED, that Attorney Thomas V. Girardi's Motion for admission to appear Pro Hac Vice in the above captioned case is GRANTED.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, June 26, 2006.