AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Lower Brule Sioux Tribe

**SUMMONS IN A CIVIL CASE**

V.

Dirk Kempthorne, et. al.

CASE NUMBER: 1:05-CV-02495 RCL

TO: (Name and address of Defendant)

DIRK KEMPTHORNE
SECRETARY OF THE INTERIOR
U.S. DEPARTMENT OF THE INTERIOR
1849 C. STREET N.W.
WASHINGTON, D.C. 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PATRICIA MARKS, ESQ.
15992 A.E. MULLINIX ROAD
WOODBINE, MARYLAND 21797

an answer to the AMENDED complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you : the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of tl Court within a reasonable period of time after service.
AMENDED

**NANCY M. MAYER-WHITTINGTON**                    7/18/2006

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE July 24, 2006 |
| NAME OF SERVER (PRINT) Patricia Marks | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _I served by US Mail certified return receipt at the address noted on the summons_

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _July 27, 2006_   _Patricia Marks_
              Date              Signature of Server

_15992 AE Mullinix_
_Woodbine, MD 21797_
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Dirk Kempthorne
Secretary of the Interior
U.S. Department of Interior
1849 C. Street N.W.
Washington, D.C. 20240

Lower Brule

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X David J. Shaw
☐ Agent
☐ Addressee

B. Received by (Printed Name): David J. Shaw
C. Date of Delivery: 7/24/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0007 7399 8860

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $1.11 | |
| Certified Fee | $2.40 | 0765 02 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $1.85 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.36 | 07/20/2006 LB |

Sent To: Honorable Dirk Kempthorne
Secretary of the Interior
U.S. Department of Interior
1849 C. Street N.W.
Washington, D.C. 20240

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

PATRICIA MARKS
15992 A.E. MULLINIX ROAD
WOODBINE, MARYLAND 21797

R002