AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Lower Brule Sioux Tribe

**SUMMONS IN A CIVIL CASE**

V.

Dirk Kempthorne, et. al.

CASE NUMBER:    1:05-CV-02495 RCL

TO: (Name and address of Defendant)

HENRY PAULSON
SECRETARY OF THE TREASURY
U.S. DEPARTMENT OF THE TREASURY
1500 PENNSYVIANIA AVE. N.W.
WASHINGTON, D.C. 20220

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PATRICIA MARKS, ESQ.
15992 A.E. MULLINIX ROAD
WOODBINE, MARYLAND 21797

an answer to the *AMENDED* complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service. *AMENDED*

**NANCY M. MAYER-WHITTINGTON**          7/18/2006

CLERK                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: July 24, 2006 |
| NAME OF SERVER *(PRINT)* Patricia Marks | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 27, 2006     *Patricia Marks*
           Date             *Signature of Server*

                            15992 AE Mullinix
                            Woodbine MD 21797

                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Henry Paulson
Secretary of the Treasury
1500 Pennsylvania Ave. N.W.
Washington, D.C 20220

*Lower Bule*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _M. S. White_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   JUL 2 4 2006   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7005 1820 0007 7399 8846

PS Form 3811, February 200   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20220   **OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ $1.11 | |
| Certified Fee | $2.40 | 0765 |
| Return Receipt Fee (Endorsement Required) | $1.85 | 02  Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.36 | 07/20/2006 |

7005 1820 0007 7399 8846

Sent To
Honorable Henry Paulson
Street, Apt. No.; or PO Box No.
Secretary of the Treasury
City, State, ZIP+4
1500 Pennsylvania Ave. N.W.
Washington, D.C 20220

PS Form 3800, June 2002   See Reverse for Instructions

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Patricia Marks, Esq
15992 A.E. Mullinix Road
Woodbine, Maryland 21797

R002