UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOWER BRULE SIOUX TRIBE,** ) <br> P.O. Box 187 ) <br> Lower Brule, South Dakota 57548 ) <br> In its individual capacity ) <br> And in its capacity as ) <br> Representative of the classes ) <br> Described fully herein. ) <br> ) <br> v. ) <br> ) <br> **GALE NORTON** ) <br> Secretary of the Interior, ) <br> U.S. Department of the Interior ) <br> 1849 C Street, N.W. ) <br> Washington, D.C. 20240 ) <br> ) <br> **ROSS O. SWIMMER** ) <br> Special Trustee ) <br> Office of Special Trustee ) <br> for American Indians ) <br> Department of the Interior ) <br> 1849 C Street, N.W. ) <br> Washington, D.C.  20240 ) <br> ) <br> **JOHN W. SNOW** ) <br> Secretary of the Treasury ) <br> 1500 Pennsylvania Avenue, N.W. ) <br> Washington, D.C. 20220 ) <br> ) <br> **Defendants.** ) | Case No. 1:05CVO2495 RCL <br><br><br><br> **ORDER FOR ADMISSION** <br> **PRO HAC VICE** |

_____

      For the reasons set for in the Motion filed by Attorney Brian Leinbach and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of the Brian Leinbach's Declaration filed September 7, 2006, which demonstrates that Attorney Leinbach meets all of the requirements of LCvR 83.2 (d),   it is ORDERED, this _____ day of September, 2006,  that Attorney Brian J. Leinbach's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

_____
Royce C. Lambert
United States District Court Judge