UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | |
|---|---|
| Lower Brule Sioux Tribe, )<br>P.O. Box 187, )<br>Lower Brule, South Dakota 57548 )<br>in its individual capacity, )<br>and in its capacity as representative of the classes )<br>Described fully herein, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GALE NORTON )<br>Secretary of the Interior, )<br>U.S. Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>)<br>ROSS O. SWIMMER COMPEL )<br>Special Trustee )<br>TRUST )<br>Office of Special Trustee for American Indians )<br>Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>)<br>JOHN W. SNOW )<br>Secretary of the Treasury )<br>1500 Pennsylvania Avenue N.W. )<br>Washington, D.C. 20220 )<br>)<br>Defendants. ) | CASE NO.1:05CVO2495 RCL<br><br><br><br><br><br><br><br><br>UNOPPOSED<br>Motion for Admission<br>Pro Hac Vice |

___

Pursuant to LCvR 83.2(d), the undersigned attorney, Patricia Marks, a member in good standing of the bar of this Court, accompanied by Keith Griffin, a member in good standing of the State Bar of California, hereby respectfully move this Court to permit Keith Griffin to appear *pro hac vice* in the above entitled action on behalf of the Plaintiff. This motion is unopposed and it is

1

supported by the accompanying Declaration of Keith Griffin prepared and submitted in accordance with LCvR 83.2(d) which demonstrates that Attorney Griffin meets all of the requirements of that local rule.

Respectfully submitted this 15th day of September 2006.

/s/_____
Patricia Marks, Esq.
U.S. District Court Bar # 22672
15992 A.D. Mullinix Road
Woodbine, Maryland 21797
Tel: (410) 489-4553

/s/_____
Keith Griffin
Girardi & Keese
1126 Wilshire Blvd.
Los Angeles, California 90017