IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOWER BRULE SIOUX TRIBE,            ) | |
| )                                     | |
| Plaintiff,        )                   | |
| )                                     | |
| v.                )                   | No. 1:05cv02495 (RCL) |
| )                                     | |
| DIRK KEMPTHORNE,             )        | |
| Secretary of the Interior, <u>et</u> <u>al</u>., ) | |
| )                                     | |
| Defendants.      )                    | |
| _____)     | |

**NOTICE OF APPEARANCE**

To the Clerk:

    Please enter the appearances of Anthony P. Hoang, Martin J. LaLonde, and Kevin S. Webb as counsel of record for Defendants in this case.

    Service of all papers on Mr. Hoang, Mr. LaLonde, and Mr. Webb by regular United States mail should be made to the following mailing address:

    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    P.O. Box 663
    Washington, D.C. 20044-0663

    All hand or overnight-mail deliveries to Mr. Hoang, Mr. LaLonde, and Mr. Webb should be made to the following street address:

    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    601 D Street, N.W., Room 3150
    Washington, D.C.  20004

Respectfully submitted this 18th day of September, 2006,

    SUE ELLEN WOOLDRIDGE
    Assistant Attorney General

    */s/ Anthony P. Hoang*
    ANTHONY P. HOANG
    Anthony.Hoang@usdoj.gov
    FL Bar #798193

    */s/ Martin J. LaLonde*
    MARTIN J. LALONDE
    Martin.Lalonde@usdoj.gov
    IL Bar #6218249

    */s/ Kevin S. Webb*
    KEVIN S. WEBB
    Kevin.Webb@usdoj.gov
    DC Bar #484866
    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    P.O. Box 663
    Washington, D.C. 20044-0663
    Tel: (202) 305-0241
    Tel: (202) 305-0247
    Tel: (202) 305-0479
    Fax: (202) 353-2120

    Attorneys for Defendants

OF COUNSEL:

GLADYS ORR COJOCARI
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing NOTICE OF APPEARANCE was served on September 18, 2006, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and electronic mail or telefax, unless otherwise noted below, on the following counsel:

Patricia A. Marks
15992 A.E. Mullinix Road
Woodbine, MD  21797-8440
Fax: (301) 854-5117

Walter J. Lack
Brian J. Leinbach
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA  90067-4107
Fax: (310) 552-9434

Thomas V. Girardi
Keith Griffin
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Fax: (213) 481-1554

Gregory A. Yates
16830 Ventura Blvd, Suite 250
Encino, CA 91436
Fax: (818) 905-7038

Mario Gonzalez
522 7th Street, Suite 202
Rapid City, SD  57701-2756
Fax: (605) 716-6357

Maurice Johnson
10844 Old Mill Road, Suite 4
Omaha, NE 68154
Fax: (402) 934-0714

>*/s/ Anthony P. Hoang*
> ANTHONY P. HOANG