# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| LOWER BRULE SIOUX TRIBE, | ) | |
| Plaintiff(s) | ) | **APPEARANCE** |
| | ) | |
| vs. | ) | CASE NUMBER    1:05 CV 02495 (RCL) |
| DIRK KEMPTHORNE, | ) | |
| Secretary of the Interior, et al. | ) | |
| Defendant(s) | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of  __BRIAN J. LEINBACH__   as counsel in this
                                          (Attorney's Name)

case for: __LOWER BRULE SIOUX TRIBE__
               (Name of party or parties)

NOVEMBER 17, 2006
_____
Date

California State Bar No. 161739
_____
BAR IDENTIFICATION

/s/
_____
Signature

BRIAN J. LEINBACH
_____
Print Name

10100 Santa Monica Blvd., 16th Flr.
_____
Address

Los Angeles, CA 90067-4107
_____
City    State    Zip Code

310-552-3800
_____
Phone Number