# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| LOWER BRULE SIOUX TRIBE, | ) | |
| Plaintiff(s) | ) | **APPEARANCE** |
| | ) | |
| vs. | ) | CASE NUMBER  1:05 CV 02495 (RCL) |
| DIRK KEMPTHORNE, | ) | |
| Secretary of the Interior, et al. | ) | |
| Defendant(s) | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of  WALTER J. LACK  as counsel in this
(Attorney's Name)

case for:  LOWER BRULE SIOUX TRIBE
(Name of party or parties)

NOVEMBER 17, 2006                      /s/
_____                    _____
Date                                   Signature

                                       WALTER J. LACK
California State Bar No. 57550         Print Name
BAR IDENTIFICATION
                                       10100 Santa Monica Blvd., 16th Flr.
                                       Address

                                       Los Angeles, CA 90067-4107
                                       City       State       Zip Code

                                       310-552-3800
                                       Phone Number