IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOWER BRULE SIOUX TRIBE,     ) | |
| ) | |
| Plaintiff,     ) | |
| ) | |
| v.     ) | No. 1:05cv02495 (JR) |
| ) | |
| DIRK KEMPTHORNE,     ) | |
| Secretary of the Interior, <u>et al.</u>,     ) | |
| ) | |
| Defendants.     ) | |
| _____) | |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' joint motion for temporary stay of litigation. Upon consideration of the joint motion and for good cause shown, it is hereby ordered that

1. The parties' joint motion should be and hereby is GRANTED;

2. Effective immediately, the litigation of this case is temporarily stayed until June 29, 2007, thus deferring, among other things, Defendants' obligation to file their Answer or otherwise respond to the Amended Complaint, and the parties' obligation to comply with the requirements of LCvR 16.3, until after the termination of the stay; and

4. The parties shall file a joint status report and motion, on or before June 29, 2007, informing the Court of the status of their activities and their proposal, if any, for addressing Plaintiff's issues and claims in this case; making a recommendation to the Court regarding the temporary stay of litigation, based on their discussions (and proposal, if any); and proposing any other matters to the Court for determination or adjudication, as appropriate.

SO ORDERED.

Date: _____     _____
HON. JAMES ROBERTSON
United States District Judge