IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOWER BRULE SIOUX TRIBE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05cv02495-JR |
| ) | |
| DIRK KEMPTHORNE, ) | |
| Secretary of the Interior, <u>et</u> <u>al.</u>, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**FEDERAL DEFENDANTS' NOTICE OF WITHDRAWAL
AND SUBSTITUTION OF CO-COUNSEL**

To the Clerk of this Court and all parties of record:

Federal Defendants hereby give notice of the withdrawal of Kevin S. Webb as co-counsel, and the substitution of Jennifer L. Allaire as co-counsel for the Federal Defendants. Service of all further pleadings, documents or other papers herein, exclusive of original process, should be made upon the Federal Defendants by service Ms. Allaire in substitution for Mr. Webb at the address indicated below:

> Jennifer L. Allaire
> U.S. Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> P.O. Box 663
> Washington, D.C. 20044-0663
> Telephone: (202) 305-0456
> Facsimile: (202) 305-0506
> E-mail: jennifer.allaire@usdoj.gov

Express Delivery:

> 601 D. Street, N.W.
> Room 3146
> Washington, D.C. 20004

Service of all further pleadings, documents or other papers herein, exclusive of original process, should continue to be made upon Anthony P. Hoang and Martin J. Lalonde, co-counsel for the Federal Defendants.

Respectfully submitted this 29th day of June 2007.

        RONALD J. TENPAS
        Acting Assistant Attorney General

        */s/ Jennifer L. Allaire*
        JENNIFER L. ALLAIRE,  NJ Bar #4419-2002
        ANTHONY P. HOANG, FL Bar # 798193
        MARTIN J. LALONDE, IL Bar # 6218249
        U.S. Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C.  20044-0663
        Tel:   202-305-0456
        Tel:   202-305-0241
        Tel:   202-305-0247
        Fax:   202-353-2021

        Attorneys for Federal Defendants

        OF COUNSEL:

        GLADYS ORR COJOCARI
        Office of the Solicitor
        United States Department of the Interior
        Washington, D.C.  20240

        RACHEL M. HOWARD
        Office of the Chief Counsel
        Financial Management Service
        United States Department of the Treasury
        Washington, D.C.  20227

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing FEDERAL DEFENDANTS' NOTICE OF WITHDRAWAL AND SUBSTITUTION OF CO-COUNSEL was served on June 29, 2007, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

Patricia A. Marks
15992 A.E. Mullinix Road
Woodbine, MD  21797-8440
Fax: (301) 854-5117

Walter J. Lack
Brian J. Leinbach
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA  90067-4107
Fax: (310) 552-9434

Thomas V. Girardi
Keith Griffin
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Fax: (213) 481-1554

Gregory A. Yates
16830 Ventura Blvd, Suite 250
Encino, CA 91436
Fax: (818) 905-7038

*/s/ Jennifer L. Allaire*
JENNIFER L. ALLAIRE